IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OCWEN FEDERAL BANK FSB
(F/K/A BERKELEY FEDERAL BANK & TRUST)

  Plaintiff,

  v.            CIVIL NO. 96-2500 (RLA)

WILLIAM QUIÑONES FUENTES,
et al.,

  Defendants.

## ORDER DENYING REQUEST FOR CONTINUATION OF PROCEEDINGS

Plaintiff's Motion Requesting Continuation of Proceedings, filed on October 22, 1999 (docket No. 9), is **DENIED AS MOOT**. This action was dismissed in 1997.[1]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of October, 1999.

               By _____
                 RAYMOND L. ACOSTA
                United States District Judge

---

[1] See Judgment issued on August 6, 1997 (docket No. 8).