IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 30 AM 8: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

OCWEN FEDERAL BANK FSB
(F/K/A BERKELEY FEDERAL BANK & TRUST)

    Plaintiff,

    v.

WILLIAM QUIÑONES FUENTES,
et al.,

    Defendants.

CIVIL NO. 96-2500 (RLA)

### FURTHER ORDER DENYING REQUEST FOR CONTINUATION OF PROCEEDINGS

The debtor's Motion for Stay of Proceedings, filed on November 9, 1999 (docket No. 11) is **DENIED AS MOOT**.[1]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26th day of Nobember, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order Denying Request for Continuation of Proceedings, filed on October 29, 1999 (docket No. 10).

AO 72
(Rev 8/82)